1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PALLETS INC., et al.,<br><br>Defendants. | Case No.  1:21-cv-01415-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT GREENLAKE REAL ESTATE FUND, LLC<br><br>(ECF No. 6) |

On October 14, 2021, Plaintiff United States of America filed a notice of voluntary dismissal with prejudice of Defendant GreenLake Real Estate Fund, LLC. (ECF No. 6). This Defendant has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant GreenLake Real Estate Fund, LLC has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to designate on the docket that GreenLake Real Estate Fund, LLC has been terminated as a defendant in this case.

IT IS SO ORDERED.

Dated:   **October 15, 2021**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1