UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>INTERNATIONAL PALLETS, INC., et al.,<br><br>            Defendants. | Case No.   1:21-cv-01415-EPG<br><br>ORDER GRANTING MOTION FOR JUDGMENT, DIRECTING CLERK TO CLOSE THIS ACTION<br><br>(ECF No. 18) |

Before the Court is the unopposed motion for entry of consent judgment filed by Plaintiff United States of America. (ECF No. 18). The motion requests that the Court enter a proposed consent judgment, which has been agreed to and signed by all parties, and that the Court close this action. All parties have consented to proceed before the undersigned for all proceedings in this case, including the entry of final judgment. (ECF No. 26).

Finding good cause, IT IS ORDERED as follows:

1. The motion for judgment (ECF No. 18) is granted;
2. The Court approves the proposed consent judgment (ECF No. 18-1);
3. The Clerk of Court shall enter, as a separate entry on the docket, the parties' proposed consent judgment (ECF No. 18-1); and

\\\

\\\

1

4. After entering judgment, the Clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **December 16, 2021**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE