UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>INTERNATIONAL PALLETS, INC., et al.,<br><br>             Defendants. | Case No.   1:21-cv-01415-EPG<br><br>ORDER APPROVING STIPULATION TO AMEND THE CONSENT JUDGMENT, DIRECTING CLERK OF COURT TO ENTER AMENDED CONSENT JUDGMENT<br><br>(ECF No. 29) |

      Before the Court is the parties' stipulation to amend the consent judgment that was entered on December 16, 2021. (ECF No. 29, *see* ECF No. 28). The stipulation states that the parties' consent judgment had the correct dollar amount, but the parties inadvertently left out certain information: "First, the judgment did not specify that it included an employment tax assessment for the tax quarter ending June 30, 2015. Second, the judgment did not specify that it included unemployment tax assessments for the 2015-2018 tax years." (ECF No. 29, p. 2). The parties have submitted a proposed amended consent judgment to correct these omissions and ask that the Court direct the Clerk of Court to enter the amended judgment.

\\\

\\\

\\\

\\\

Pursuant to the parties' stipulation (ECF No. 29), IT IS ORDERED as follows:

1. The parties' stipulation to amend the consent judgment (ECF No. 29) is approved;
2. The Court approves entry of the proposed amended consent judgment (ECF No. 29-1); and
3. The Clerk of Court shall enter, as a separate entry on the docket, the parties' proposed amended consent judgment (ECF No. 29-1).

IT IS SO ORDERED.

Dated:  **October 27, 2022**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE